THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JULIE DEE DODSON and<br>CURTIS E. DODSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>LINDA D. BERRYMAN and<br>WILLBROS CONSTRUCTION (U.S.) LLC,<br><br>*Defendants.* | Docket No. 3:09-cv-00404<br><br>Magistrate Judge Haynes, Jr. |

## AGREED ORDER AMENDING THE CASE MANAGEMENT ORDER

Pursuant to this Court's Order of April 23, 2010, the parties hereby agree that the schedule for pretrial proceedings set out in the initial Case Management Order are amended as follows:

1. The parties propose that this matter be set for jury trial beginning on June 14, 2011, with a notice of settlement deadline of June 10, 2011 and a final pretrial conference to be set accordingly.

2. All discovery shall be completed by the close of business on December 15, 2010. Document production, Interrogatories and Requests for Admissions must be served so response is due no later than December 22, 2010. All discovery related statements shall be filed by the close of business on December 29, 2010.

3. All dispositive motions shall be filed by the close of business on January 21, 2011 and any response thereto shall be filed by the close of business on February 22, 2011. Any reply shall be filed by the close of business on March 3, 2011.

4. By the close of business on September 17, 2010, the plaintiffs shall declare to the defendants the identity of their expert witnesses and provide all information specified in Rule 26(a)(2)(B). By the close of business on October 18, 2010, the defendants shall declare to the plaintiffs the identify of their expert witnesses and provide all information specified in Rule 26(a)(2)(B). Any supplement to expert reports shall be filed by the close of business on November 1, 2010.

5. It is so **ORDERED**.

Entered this __16th__ day of __August__, 2010.

**WILLIAM J. HAYNES, JR**
**U.S. DISTRICT JUDGE**

Approved for Entry:

s/ Dale A. Tipps
**DALE A. TIPPS**
**BPRN 16932**
*Attorney for the Defendants Willbros Construction (U.S.), LLC (formerly known as Willbros RPI, Inc.) and Linda D. Berryman*
**LEVINE, ORR & GERACIOTI**
210 Third Avenue North
P.O. Box 190683
Nashville, TN 37219-0683
(615) 244-4944


s/ Matthew C. Hardin
**MATTHEW C. HARDIN**
**BPRN   21505**
*Attorney for Plaintiffs*
**Gullett, Sanford, Robinson & Martin, PLLC**
315 Deaderick St., Ste. 1100
P. O. Box 198888
Nashville, TN 37219

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document(s) was forwarded via first class U.S. mail, postage pre-paid and/or electronic means via the Court's electronic filing system on this 5th day of May, 2010 to:

Ms. J. Stephen Brown
224 W Gay St
PO Box 792
Lebanon, TN 37088-0792

Ms. Jennifer M. Porth
224 W Gay St
PO Box 792
Lebanon, TN 37088-0792

s/ Dale A. Tipps
**DALE A. TIPPS**

DAT/gms/DODSON/Agreed Order Amend CMO/A0100-01335

3

Case 3:09-cv-00404 Document 21 Filed 05/05/10 Page 3 of 3 PageID #: 81
Case 3:09-cv-00404 Document 22 Filed 08/17/10 Page 3 of 3 PageID #: 84