IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DEE DODSON; and CURTIS )
E. DODSON )
                                      )   No. 3-09-0404
v. )
                                      )
LINDA D. BERRYMAN; and )
WILLBROS. CONSTRUCTION (U.S.), )
LLC[1] )

O R D E R

A case management/status conference is scheduled on **Friday, June 24, 2011, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN. in compliance with the order entered June 13, 2011 (Docket Entry No. 3), directing that the Magistrate Judge ensure that this case is ready for trial as scheduled on October 18, 2011, and to address the status of fact and expert discovery,[2] the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

                                                       JULIET GRIFFIN
                                                       United States Magistrate Judge

---

[1] Willbros. Construction (U.S.), LLC was substituted for WillBros. RPI, Inc. by order entered June 29, 2009 (Docket Entry No. 13).

[2] The Court notes that no dispositive motion was filed by the June 15, 2011, deadline.