IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DEE DODSON; and CURTIS )
E. DODSON )
) No. 3-09-0404
v. )
)
LINDA D. BERRYMAN; and )
WILLBROS. CONSTRUCTION (U.S.), )
LLC[1] )

O R D E R

By Order entered June 20, 2011, Docket Entry No. 34, a case management/status conference was scheduled on Friday, June 24, 2011, at 3:00 p.m. Counsel for the defendant has advised that she has a conflict with the date and in consultation with plaintiff's attorney, they have agreed to reschedule the conference for **Friday, July 8, 2011, at 2:00 p.m.**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Willbros. Construction (U.S.), LLC was substituted for WillBros. RPI, Inc. by order entered June 29, 2009 (Docket Entry No. 13).