IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DEE DODSON; and CURTIS )
E. DODSON )
                                           ) No. 3-09-0404
v. )
)
LINDA D. BERRYMAN; and WILLBROS )
CONSTRUCTION (U.S.), LLC[1] )

O R D E R

In consultation with the office of the Honorable Kevin H. Sharp, the parties' joint motion to modify case management order and continue trial date (Docket Entry No. 37) is GRANTED.

The October 18, 2011, jury trial is RESCHEDULED to **Tuesday, March 13, 2012, at 9:00 a.m.,** in Courtroom A826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties estimate that the trial will last at least 2-3 days.

A pretrial conference is also scheduled before Judge Sharp on **Monday, February 13, 2012, at 1:30 p.m.,** in Courtroom A826.

The parties' obligations prior to the pretrial conference will be set forth by separate order entered closer to the trial date.

As provided in the order entered July 11, 2011 (Docket Entry No. 36), a case management conference is scheduled on **Wednesday, August 17, 2011, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, to address extensions of scheduling deadlines and any other appropriate matters.

The Court assumes that an IME with Dr. Bachrach has already been conducted, and that an IME with Dr. Braren has been scheduled. Prior to August 17, 2011, counsel shall, to the extent possible, schedule an IME for Ms. Dodson with an ENT specialist and schedule mediation with Tracy Shaw.

It is so ORDERED.

                                                                                             
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Willbros. Construction (U.S.), LLC was substituted for WillBros. RPI, Inc. by order entered June 29, 2009 (Docket Entry No. 13).