IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DEE DODSON; and CURTIS )
E. DODSON )
                           )     No. 3-09-0404
v. )
                           )
LINDA D. BERRYMAN; and )
WILLBROS. CONSTRUCTION (U.S.), )
LLC[1] )

O R D E R

Pursuant to the order entered August 8, 2011 (Docket Entry No. 40), a case management conference was held on August 24, 2011, at which time the following matters were addressed:

1.       The deposition of Dr. Kroll, the plaintiff's pain management doctor, is scheduled on September 12, 2011.

2.       The deposition of Dr. Knoll, the plaintiff's neurologist, has been taken. The plaintiff shall serve a supplemental report from Dr. Knoll by October 31, 2011, addressing the plaintiff's need for monthly testosterone supplements.

3.       The plaintiff's IME with Dr. Braren, a urologist, is scheduled on August 30, 2011.

4.       The defendants shall serve Dr. Braren's expert disclosures by September 16, 2011.

5.       Dr. Bachrach, a neurologist, has conducted an IME, and the defendants shall serve his expert disclosures by October 31, 2011.

6.       The plaintiffs shall serve expert disclosures for Parker Cashdollar, an economist, by October 10, 2011.

7.       The plaintiffs shall make a settlement demand by October 10, 2011.

8.       The defendants shall have until November 15, 2011, to serve expert disclosures for any economic expert.

---

[1] Willbros. Construction (U.S.), LLC was substituted for WillBros. RPI, Inc. by order entered June 29, 2009 (Docket Entry No. 13).

9. There shall be no depositions of the expert economists.

10. The plaintiff shall submit to an IME with defendants' ENT doctor and the defendants shall serve expert disclosures for any ENT expert by October 31, 2011. The defendants shall schedule an IME in sufficient time beforehand.

11. If the defendants elect to have a pain management expert, an IME shall be scheduled prior to October 15, 2011, and the defendants shall serve any expert disclosures for a pain management doctor by October 31, 2011.

12. The defendants shall complete all depositions for proof of their expert physicians no later than November 30, 2011.

13. The parties shall schedule private mediation no later than January 31, 2012, and, if possible, as early as November or December of 2011.[2]

14. Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, October 19, 2011, at 10:00 a.m.,** to be initiated by plaintiffs' counsel, to confirm that (1) the IME with Dr. Braren has been completed and the defendants have served his report, (2) the defendants have served Dr. Bachrach's report, (3) the plaintiffs have served its economist's report, (4) an ENT IME has been conducted and the defendants have served the report of the ENT physician, and (5) the plaintiffs have made a settlement demand, and to address whether all doctors' depositions have been taken or scheduled, whether the defendants will use a pain management expert, whether mediation has been scheduled, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[2] Inasmuch as the pretrial conference is scheduled on February 13, 2012, the parties will probably be required to make pretrial filings (pretrial order, proposed jury instructions, motions in limine, motions to exclude experts, etc.) significantly prior to February 13, 2012.