IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DEE DODSON; and CURTIS )
E. DODSON )
) No. 3-09-0404
v. )
)
LINDA D. BERRYMAN; and )
WILLBROS. CONSTRUCTION (U.S.), )
LLC[1] )

O R D E R

Pursuant to the order entered December 20, 2011 (Docket Entry No. 44), counsel for the parties called the Court on January 13, 2012, at which time the following matters were addressed:

1. All but one of the depositions to be taken in this case have been taken. The final deposition of Dr. Hazelwood, Mr. Dodson's pain management doctor, is scheduled on January 17, 2012.

2. Plaintiffs' counsel expects to receive Dr. Kroll's final opinion by January 27, 2012, and Dr. Cashdollar's supplemental report by mid-February of 2012, after review of Dr. Kroll's report.[2]

3. The parties will not take any depositions of their economic experts.

4. The parties have scheduled mediation with Tracy Shaw on March 15, 2012.

5. Counsel for the parties shall convene another telephone conference call with the Court on **Friday, March 16, 2012, at 2:00 p.m.,** to be initiated by defendants' counsel, to report on whether they were able to reach a settlement in this case, and, if not, whether the potential for settlement remains and whether the parties have completed all pretrial activity and if there are any

---

[1] Willbros. Construction (U.S.), LLC was substituted for WillBros. RPI, Inc. by order entered June 29, 2009 (Docket Entry No. 13).

[2] Defendants' counsel does not expect that there will be any need to take Dr. Kroll's deposition after his report.

further matters to be addressed by the Magistrate Judge prior to the May 21, 2012, pretrial conference and June 19, 2012, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge